813 A.2d 642

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Bruce SMITH, Appellant.**

**No. 40 MAP 2002.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 2002.

Decided Dec. 31, 2002.

Charles R. Witaconis, Scranton, for Bruce Smith.

Andrew John Jarbola, Lisa Ann Gillick, Scranton, for commonwealth of Pennsylvania.

Before CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Chief Justice ZAPPALA did not participate in the consideration or decision of this case.